JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YEE, | Case No. EDCV 09-01892 VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  February 26, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge